**E-FILED**
Tuesday, 03 November, 2009  12:14:18 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERI WITHROW,          ) | |
|                  ) | Case No.: 09-cv-1232 |
|         PLAINTIFF,       ) | |
|                  ) | |
|         v.              ) | |
|                  ) | |
| KEANE, INC.          ) | |
|                  ) | |
|         DEFENDANT.     ) | |

### STIPULATION OF DISMISSAL

Now comes plaintiff, SHERI WITHROW, by and through her attorney of record, and

defendant, KEANE, INC., by and through its attorney or record, and hereby stipulate to the

dismissal of this action with prejudice, each party to bear her or its own attorneys' fees and costs.

Dated this 3rd day of November, 2009,

| | |
|---|---|
| s/Richard M. Manzella | s/Martha J. Zackin |
| Richard M. Manzella | Martha J. Zackin |
| Attorney # 6257568 | |
| | Mintz Levin Cohn Ferris Glovsky and |
| Law Office of Richard M. Manzella | Popeo PC |
| 117 North Center Street | One Financial Center |
| Bloomington, Illinois  61701 | Boston, MA 02111 |
| Phone (309) 829-7424 | Phone  (312) 782-7606 |
| Fax    (815) 366-4800 | Fax    (312) 782-0943 |